From: Adam Hulbert ahcal@icloud.com
Subject: COMPLAINT
Date: Jul 10, 2020 at 8:52:53 AM
To: Adam Hulbert ahcal@icloud.com



IN THE NORTHERN DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ALABAMA

( TRIAL BY JURY )

Adam Hulbert, Plaintiff,

V                                CASE NO. 2:20 CV-00277-AKK

United States of America
Honorable Judge, George C. Simpson SR

COMPLAINT

Comes Now the Plaintiff, Adam Hulbert, and states as grounds for the complaint as follows:

1. On June 12, 2019, the Plaintiff, Adam Hulbert, filed a Petition to Modify and then filed an amended Petition to Modify followed on August 5, 2019. The Plaintiff, Adam Hulbert, made this effort in an attempt to clean up the facts, evidence and bring in much needed Discovery associated with his divorce case to protect his minor twin daughters born on ▮▮▮▮▮▮▮▮

2. On January 7, 2020, the Honorable Court Orders the trial date on February 10, 2020.

3. On January 14, 2020, the Defendant, Adam Hulbert, in that case filed a Motion to Continue, based on needed Discovery.

4. On January 14, 2020, A MOTION TO DISMISS AND TERMINATE ALL PENDING PETITIONS, MOTIONS, SUBPOENAS BY ADAM HULBERT, DEFENDANT/ PETITIONER DUE TO COURT LACKING SUBJECT MATTER JURISDICTION.

5. On February 3, 2020, the Court filed a Court Order of DISMISSAL for the Court case.

6. The First Amendment of the United States Constitution seems to have been violated against the Plaintiff, Adam Hulbert, by the Defendant Court, with the Plaintiff rights of the freedom of speech, and the right to Petition the Government for a redress of grievances. 5th, 8th, 10th and 14th Amendment appears to have been violated against Adam Hulbert.( See Marbury V Madison, 1803)

7. The Plaintiff, Adam Hulbert, has tried in vain to obtain a fair divorce trial that began in the Shelby County Courthouse before the Honorable Judge, George C.

Simpson, that has now taken his children from the Plaintiff for about three (3) years with no new resolution to stop a horrible injustice against the Plaintiff and his children.

8. Due process rights of the Plaintiff have been violated due to negligence in the Shelby County Courthouse by the Honorable Defendant, Simpson Court.

9. The Plaintiff, Adam Hulbert, states the Rules of Civil Procedure have been violated against the Plaintiff on Discovery by the Defendant, Court in writing numerous times and in the Courtroom during trial about the minor children to no avail.

10. The intentional harm that has taken place to the children ACH and ECH with the Honorable Court with not allowing evidence to come in with Discovery that continues to take the children away from the Plaintiff is not healthy for the children or the Plaintiff.

11. The Defendant, Court has done nothing to make the effort to improve the situation that would have made this situation tolerable for the Plaintiff and his twin daughters with even a proposed Court Order written by the Plaintiff for the Honorable Court that would have created a single meal between the Plaintiff and his minor children.

12. The Defendant, Court was certainly warranted to take appropriate action in an effort to display good faith for the feelings of the Plaintiff and the minor children with the statements made by the Plaintiff, Adam Hulbert, in open court on November 6, 2018.

The Amount in controversy, exceeds the sum of $75,000 .

Statement of claim- Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly in crease the cost of litigation; (2) is supported by existing law or a non frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or Discovery; and complies with the requirements of Rule 11.

Relief: $15,000,000 ( U.S.D.) $5,000,000 for each year taken for the last three years of the Plaintiff's twin daughters childhood from him.The painful time lost can never be returned or restored for the Plaintiff or his daughters. Priceless time lost for eternity.

Respectfully Submitted,

*[signature: Adam Hulbert]*

Adam Hulbert
116 Augusta Way
Helena, Alabama, 35080
(205) 960-0374
ahcal@icloud.com

Date Signed: July 16, 2020



Sent from my iPhone